UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          No. 4:17-CR-313-BSM-21

RICKY SHAWN BENNETT                                                   DEFENDANT

## ORDER

On April 5, 2023, the Court conducted a Rule 32.1 hearing for Defendant Ricky Shawn Bennett ("Bennett") who is alleged to have violated several conditions of his supervised release. After reviewing the facts surrounding Mr. Bennett's alleged violation of his condition of supervised release and observing Mr. Bennett's demeanor and statements to the Court, I suggested Mr. Bennett was in need of a psychological examination pursuant to 18 U.S.C. §§ 4241 and 4242 to determine his competency at the time of the alleged violation of his conditions of supervised release and to determine if he was competent to assist his attorney, Mr. Lott Rolfe, in providing a defense to the charge of violating his conditions of supervised release. The Assistant United States Attorney, Ms. Jana Harris, so moved and Mr. Rolfe stated, on behalf of Mr. Bennett, that he did not oppose the Motion.

Accordingly, Bennett is committed to the custody of the United States Marshal for the Eastern District of Arkansas to await designation of a Bureau of Prisons Medical Facility where the psychological examination will be performed.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify the undersigned United Magistrate Judge upon receipt of Bennett's facility designation for the psychological evaluation. Pursuant to 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

SO ORDERED, this 5th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE